# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULINE DALE STONEHILL**<br>Co-Executor and Co-Special Administrator<br>Estate of Harry S. Stonehill<br><br>**Plaintiff**<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION**<br><br>and<br><br>**NATIONAL ARCHIVES AND RECORDS ADMINISTRATION**<br><br>**Defendants** | Civil Action No. 20cv1445 (APM) |

## JOINT STIPULATION

The parties hereby stipulate and agree that the National Archives and Records Administration shall be dismissed without prejudice from this action pursuant to Rule 41(A)(1)(ii) of the Federal Rules of Civil Procedure.

Dated:  January 25, 2022

Respectfully submitted,

/s/ Robert E. Heggestad
ROBERT E. HEGGESTAD
D.C. Bar No. 953380
1747 Pennsylvania Ave., NW Suite 1250
Washington, DC 20006
(202) 733-6726
robert@reheggestad.com

Counsel for Plaintiff

        MATTHEW GRAVES
        United States Attorney

        BRIAN HUDAK
        Acting Chief, Civil Division

BY:  /s/ *Darrell C. Valdez*
        DARRELL C. VALDEZ, D.C. Bar #420232
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-2507
        darrell.valdez@usdoj.gov

        *Counsel for Defendant*

SO ORDERED

        _____
        AMIT P. MEHTA
        United States District Judge